MABEL V. METCALF, Appellant, *v.* STANLEY W. METCALF, Respondent.

Argued April 12, 1951; decided May 24, 1951.

*David Vorhaus* and *Jesse Hemley* for appellant.

*George P. Halperin, Bernard S. Barron* and *Leon Dicker* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE. FULD and FROESSEL, JJ.